# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2025

## NO. 03-24-00816-CV

**Juan Enriquez, Appellant**

**v.**

**Dale Wainwright, Chairman, Texas Board of Criminal Justice; Bryan Collier, Executive Director, Texas Department of Criminal Justice; Brad Livingston; Executive Director, Texas Department of Criminal Justice; and Board of Regents of University of Texas, Appellees**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order signed by the trial court on November 26, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.